UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV,<br><br>        Plaintiff,<br><br>   v.<br><br>CARMICHAEL ADVENTIST CHURCH,<br><br>        Defendant. | No.  2:15-cv-1543 TLN CKD PS<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

   Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

   The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The complaint does not allege a basis for subject matter jurisdiction in this court.  The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

1  subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why
2  this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction
3  will result in a recommendation that the action be dismissed.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted; and
6      2. No later than August 7, 2015, plaintiff shall show cause why this action should not be
7  dismissed for lack of subject matter jurisdiction.
8  Dated: July 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11  4 yegorov1543.ifp.nosmj